# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

161862

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES EDWARD WALKER,
      Defendant-Appellant.

SC: 161862
COA: 353650
Ingham CC: 07-000753-FC

_____/

      On order of the Court, the application for leave to appeal the July 23, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



a0524

Clerk